JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OLIVER,<br><br>              Plaintiff,<br><br>         vs.<br><br>HANE HARDWARE, LLC, et al.,<br><br>              Defendants. | **CASE NO.  CV 15-9297  GHK (x)**<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED: 03/31/2016

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE